**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RAYMOND J. CONROY, | No. 19-16057 |
| Plaintiff-Appellant, | D.C. No. 2:18-cv-02626-GMS-DMF |
| v. | |
| MICHAEL D. GORDON, Judge of the Superior Court at Maricopa County; STATE OF ARIZONA, | MEMORANDUM[*] |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the District of Arizona
G. Murray Snow, District Judge, Presiding

Submitted July 14, 2020[**]

Before: CANBY, FRIEDLAND, and R. NELSON, Circuit Judges.

Raymond J. Conroy appeals pro se from the district court's judgment

dismissing his 42 U.S.C. § 1983 action alleging violations of due process and his

right to counsel. We have jurisdiction under 28 U.S.C. § 1291. We review de

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

novo.  *Brown v. Cal. Dep't of Corr.*, 554 F.3d 747, 749-50 (9th Cir. 2009) (Eleventh Amendment immunity); *Sadoski v. Mosley*, 435 F.3d 1076, 1077 n.1 (9th Cir. 2006) (judicial immunity); *Resnick v. Hayes*, 213 F.3d 443, 447 (9th Cir. 2000) (failure to state a claim under 28 U.S.C. § 1915A).  We affirm.

The district court properly dismissed Conroy's action because defendants are immune from suit.  *See Brown*, 554 F.3d at 752 (explaining that the State has Eleventh Amendment immunity); *Ashelman v. Pope*, 793 F.2d 1072, 1075 (9th Cir. 1986) (a judge is subject to liability only when "he acts in the clear absence of all jurisdiction, or performs an act that is not judicial in nature" (citations and internal quotation marks omitted)).

**AFFIRMED.**